# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2007

134179

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JERRY LYNN BALES,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 134179
COA: 267756
Wayne CC: 05-000880-01

On order of the Court, the application for leave to appeal the April 24, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH and KELLY, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2007

Clerk

s1024